18TH DISTRICT COURT

# CASE SUMMARY
## CASE NO. DC-C201500099

| | | | |
|---|---|---|---|
| Bobby Price vs. Alterra Excess & Surplus Insurance Company, First Insurance, First Antlers Bancorporation, Inc., Midlands Management of Texas, Inc., Risk Placement Services, Inc. | § § § § | Location: Judicial Officer: Filed on: | 18th District Court Neill, John 02/09/2015 |

---

## CASE INFORMATION

Case Type:   Civil Case - Other

---

| DATE | CASE ASSIGNMENT |
|---|---|
| | **Current Case Assignment** |
| | Case Number        DC-C201500099 |
| | Court              18th District Court |
| | Date Assigned      02/09/2015 |
| | Judicial Officer   Neill, John |

---

## PARTY INFORMATION

*Lead Attorneys*

| | | |
|---|---|---|
| Plaintiff | Price, Bobby | Breen, Sean E. *Retained* 512-474-7300(W) |
| Defendant | Alterra Excess & Surplus Insurance Company | |
| | First Antlers Bancorporation, Inc. | |
| | First Insurance | Wynne, Michael C. *Retained* 903-893-8177(W) |
| | Midlands Management of Texas, Inc. | |
| | Risk Placement Services, Inc. | AYERS, DEANNE *Retained* 817-267-9009(W) |

---

| DATE | EVENTS & ORDERS OF THE COURT | INDEX |
|---|---|---|
| 02/09/2015 | 🗐 Original Petition (OCA) <br> Party: Plaintiff Price, Bobby <br> *Plaintiff's Original Petition, Requests for Disclosure, and Jury Demand-iss 7 cits-Please contact the office when cits are ready for pick-up-Roni Wilson 512-474-7300* | |
| 02/17/2015 | **Citation** <br> 🗐 Alterra Excess & Surplus Insurance Company <br> Served: 03/30/2015 <br> 🗐 First Insurance <br> Served: 03/30/2015 <br> 🗐 First Antlers Bancorporation, Inc. <br> Served: 03/30/2015 <br> 🗐 Midlands Management of Texas, Inc. <br> Served: 03/31/2015 <br> 🗐 Risk Placement Services, Inc. <br> Served: 03/30/2015 | |
| 02/23/2015 | | |

EXHIBIT "A"

# CASE SUMMARY
## CASE NO. DC-C201500099

|  |  |
|---|---|
|  | Letter<br>*Letter to David Lloyd from Sean E. Breen Via Federal Express File date (Feb 25 2015)* |
| 03/20/2015 | Letter<br>*Letter to Johnson County Districk Clerk from Sean E. Breen File Date (March 25 2015)* |
| 04/21/2015 | Original Answer<br>Party: Defendant First Insurance<br>*Defendants First Insurance's and First Bank's Original Answer* |
| 05/04/2015 | Original Answer<br>Party: Defendant Risk Placement Services, Inc.<br>*Verified motion to abate and original answer of defendant risk placement services, inc. and request for disclosure* |

| DATE | FINANCIAL INFORMATION |  |
|---|---|---|
|  | **Plaintiff** Price, Bobby |  |
|  | Total Charges | 555.40 |
|  | Total Payments and Credits | 534.50 |
|  | **Balance Due as of 5/5/2015** | 20.90 |