IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| BOBBY PRICE, | § |
| | § |
| Plaintiff | § |
| | § |
| V. | § CIVIL ACTION NO. _____ |
| | § |
| ALTERRA EXCESS & SURPLUS INS. | §    Jury |
| CO.; FIRST INSURANCE; FIRST | § |
| ANTLERS BANCORPORATION, INC.; | § |
| MIDLANDS MANAGEMENT OF TEXAS, | § |
| INC.; AND RISK PLACEMENT | § |
| SERVICES, INC., | § |
| | § |
| Defendants. | § |

## INDEX OF DOCUMENTS FILED IN STATE COURT

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

Pursuant to Rule 81.1 of the Local Rules of the United States District Court for the Northern District of Texas, the following is an index of all documents filed in state court along with Defendant's Notice of Removal.

| Filed/Issued | Document |
|---|---|
| 2/9/2015 | Plaintiff's Original Petition |
| 2/17/2015 | Citation to Defendant Alterra Excess & Surplus Insurance Co. |
| 2/17/2015 | Citation to First Insurance |
| 2/17/2015 | Citation to Defendant First Antlers |
| 2/17/2015 | Citation to Midlands Management |
| 2/17/2015 | Citation to Risk Placement Services |
| 2/23/2015 | Letter to David Lloyd from Sean E. Breen |
| 3/20/2015 | Letter to Johnson County District Clerk from Sean E. Breen |
| 4/21/2015 | Defendant First Insurance's Original Answer |



2201336v1
03258.106

| | |
|---|---|
| 5/4/2015 | Defendant Risk Placement Services' Original Answer |
| 5/6/2015 | Defendant Alterra Excess & Surplus Insurance Co.'s Original Answer |
| 5/6/2015 | Defendant Risk Placement Services, Inc.'s Amended Answer |

Respectfully submitted,

THOMPSON, COE, COUSINS & IRONS, L.L.P.

By: /s/ Jamie R. Carsey
    Jamie R. Carsey, *Attorney-In-Charge*
    Texas State Bar No. 24045620
    E-Mail: jcarsey@thompsoncoe.com
    One Riverway, Suite 1400
    Houston, Texas  77056-1988
    (713) 403-8210  Telephone
    (713) 403-8299  Facsimile

~ and ~

Jo Allison Stasney
Texas State Bar No.  19080280
E-Mail: jstasney@thompsoncoe.com
Plaza of the Americas
700 N. Pearl Street, Twenty-Fifth Floor
Dallas, Texas  75201-2832
(214) 871-8274  Telephone
(214) 871-8209  Facsimile

*Counsel for Defendant*
*Alterra America Insurance Company*

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on the ___6th___ day of May, 2015, a true and correct copy of this instrument was forwarded to all known counsel of record using the Court's CM/ECF system, in accordance with the Federal Rules of Civil Procedure and applicable Local Rules.

                                  /s/ Jamie R. Carsey
                                  JAMIE R. CARSEY

2201336v1
03258.106