**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **BOBBY PRICE,** | § | |
| | § | |
| *Plaintiff* | § | |
| | § | |
| **VS.** | § | **CIVIL ACTION NO.** _____ |
| | § | |
| **ALTERRA EXCESS & SURPLUS INS.** | § | **Jury Demand** |
| **CO.; FIRST INSURANCE; FIRST** | § | |
| **ANTLERS BANCORPORATION, INC.;** | § | |
| **MIDLANDS MANAGEMENT OF TEXAS,** | § | |
| **INC.; AND RISK PLACEMENT** | § | |
| **SERVICES, INC.,** | § | |
| | § | |
| *Defendant* | § | |

---

**DEFENDANT ALTERRA AMERICA INSURANCE COMPANY'S**
**CERTIFICATE OF INTERESTED PARTIES**

---

Pursuant to Fed. R. Civ. P. 7.1 and LR 3.1(c), LR 3.2(e), LR 7.4, LR 81.1(a)(4)(D), and LR 81.2, Defendant Alterra America Insurance Company ("Alterra") files its Certificate of Interested Parties.

For a nongovernmental corporate party, the name(s) of its parent corporation and any publicly held corporation that owns 10% or more of its stock (if none, state "None"):

Defendant Alterra America Insurance Company hereby states that it is a wholly-owned subsidiary of Markel Corporation, a publicly-traded company. No individual or entity owns more than 10% of Markel Corporation stock.

A complete list of all persons, associations of persons, firms, partnerships, corporations,

guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are

financially interested in the outcome of the case:

See above and the below list of named Parties.

**PLAINTIFF:**

1.    **Bobby Price**

COUNSEL:
Sean E. Breen
HOWREY BREEN & HERMAN, LLP
1900 Pearl Street
Austin, TX 78705

**DEFENDANTS:**

2.    **Alterra America Insurance Company**
Jamie R. Carsey, *Attorney-In-Charge*
Texas State Bar No. 24045620
*E-Mail:  jcarsey@thompsoncoe.com*
One Riverway, Suite 1400
Houston, Texas   77056-1988
(713) 403-8210  Telephone
(713) 403-8299  Facsimile

*~ and ~*

Jo Allison Stasney
Texas State Bar No.  19080280
Plaza of the Americas
700 N. Pearl Street, Twenty-Fifth Floor
Dallas, Texas   75201-2832
(214) 871-8274  Telephone
(214) 871-8209  Facsimile

2201248v1
03258.106

- 3 -

**3.**      **Risk Placement Services, Inc.**

COUNSEL:
Deanne C. Ayers
Jonathan P. Ayers
Julie B. Tebbets
AYERS & AYERS
4205 Gateway Drive, Suite 100
Colleyville, Texas 76034
(817) 267-9009 Telephone
(817) 318-0883 Facsimile

**4.**      **First Insurance**

COUNSEL:
Michael C. Wynne
707 W. Washington Street
PO Box 2228
Sherman, Texas 75091
(903) 893-8177 Telephone
(903) 892-0916 Facsimile

**5.**      **First Antlers Bancorporation, Inc.**

COUNSEL:
Michael C. Wynne
707 W. Washington Street
PO Box 2228
Sherman, Texas 75091
(903) 893-8177 Telephone
(903) 892-0916 Facsimile

2201248v1
03258.106

**6.** **Midlands Management of Texas, Inc.**

COUNSEL:
Unknown at this time.

Respectfully submitted,

THOMPSON, COE, COUSINS & IRONS, L.L.P.

By: */s/ Jamie R. Carsey*
      Jamie R. Carsey, *Attorney-In-Charge*
      Texas State Bar No. 24045620
      *E-Mail: jcarsey@thompsoncoe.com*
      One Riverway, Suite 1400
      Houston, Texas   77056-1988
      (713) 403-8210  Telephone
      (713) 403-8299  Facsimile

*~ and ~*

      Jo Allison Stasney
      Texas State Bar No.  19080280
      Plaza of the Americas
      700 N. Pearl Street, Twenty-Fifth Floor
      Dallas, Texas   75201-2832
      (214) 871-8274  Telephone
      (214) 871-8209  Facsimile

***Counsel for Defendant***
***Alterra America Insurance Company***

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the ___6th___ day of May, 2015, a true and correct copy of this instrument was forwarded to all known counsel of record using the Court's CM/ECF system, in accordance with the Federal Rules of Civil Procedure and applicable Local Rules.

      */s/ Jamie R. Carsey*
      JAMIE R. CARSEY

2201248v1
03258.106