IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| BOBBY PRICE, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. **3:15-CV-1424-L** |
| | § | |
| ALTERRA AMERICA INSURANCE COMPANY; FIRST INSURANCE; FIRST ANTLERS BANCORPORATION, INC.; MIDLANDS MANAGEMENT OF TEXAS, INC.; and RISK PLACEMENT SERVICES, INC., | § § § § § § § § | |
| | § | |
| Defendants. | § | |

## ORDER

Before the court is the Agreed Motion to Dismiss With Prejudice, filed October 27, 2015. The court determines that the motion should be, and is hereby, **granted**. Accordingly, all claims of Plaintiff against Defendants Alterra America Insurance Company, First Insurance, First Antlers Bancorporation, Inc., and Midlands Management of Texas, Inc. are **dismissed with prejudice.** The parties shall bear their own costs and attorney's fees.

**It is so ordered** this 29th day of October, 2015.

_Sam A. Lindsay_
Sam A. Lindsay
United States District Judge

Order – Solo Page